tor General Thacher, Assistant Attorney General Richardson and Messrs. Claude R. Branch, E. T. Burke, and Paul D. Miller for the United States.

No. 331. ANNAPOLIS Co. v. WARDMAN ET AL. October 20, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. Mr. Camden R. McAtee for petitioner. No appearance for respondents.

No. 332. PROCTOR, RECEIVER, v. AMERICAN TRUST Co. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. Messrs. Romney Spring and Wm. G. Thompson for petitioner. Mr. Edmund K. Arnold for respondent.

No. 335. NEW YORK v. ISAAC G. JOHNSON & Co. October 20, 1930. Petition for writ of certiorari to the Supreme Court of New York denied. Messrs. Robert P. Beyer and Hamilton Ward for petitioner. Messrs. John Jay McKelvey, Morgan J. O'Brien, Martin Conboy, and Harry B. Chambers for respondent.

No. 338. ZARATE v. UNITED STATES. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. Mr. Herbert Stanton Phillips for petitioner. Solicitor General Thacher and Messrs. Claude R. Branch, Harry S. Ridgely, and Paul D. Miller for the United States.